597

No. 45648.—Protests 50722–K, etc., of S. H. LeBell et al. (New York).

Opinion by KEEFE, J.   On the records presented the protests were overruled.

No. 45649.—Protests 48784–K, etc., of General Concession Corp. et al. (Baltimore and San Francisco).

Opinion by KEEFE, J.   On the records presented the protests were overruled.

No. 45650.—Protests 844302–G (B), etc., of Ampol, Inc., et al. (New York).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.